UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FRANK RAY JOHNSON                                        PETITIONER

v.                                               CIVIL ACTION NO. 3:10-CV-P151-H

COOKIE CREWS, Warden                                  RESPONDENT

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date and this Court's prior Order dated April 30, 2010 (DN 10), **IT IS ORDERED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and that the action is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

There being no just reason for delay in its entry, this is a final Order.

Leave to appeal to the Court of Appeals *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(a)(3) because such an appeal would not be taken in good faith.

Date:

cc:     Petitioner, *pro se*

4412.009